IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01840-BNB

ANDREW KACHIK,

Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
                    CLERK

---

ORDER DISMISSING CASE

---

Applicant, Andrew Kachik, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. He initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He has paid the $5.00 filing fee.

On October 17, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Kachik to show cause within thirty days why the habeas corpus application should not be denied and the action dismissed for failure to exhaust state remedies. On November 16, 2007, Mr. Kachik submitted to and filed with the Court a document titled "Order to Show Cause" informing the Court that he wished to dismiss his application voluntarily and without prejudice while he exhausts state remedies.

The Court must construe liberally the November 16, 2007, document because Mr. Kachik filed the document on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the

Court will construe the November 16 document liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the document titled "Order to Show Cause" that Applicant, Andrew Kachik, submitted to and filed with the Court *pro se* on November 16, 2007, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice. It is

FURTHER ORDERED that the voluntary dismissal is effective as of November

16, 2007, the date the liberally construed notice of dismissal was filed in this action.

DATED at Denver, Colorado, this 11 day of Dec, 2007.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01840-BNB

Andrew Kachik
Prisoner No. 115332
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12\13\07

                               GREGORY C. LANGHAM, CLERK

By: _____
                                    Deputy Clerk